IN THE UNITED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NORTH AMERICAN SPECIALTY,<br>INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>JH ELECTRIC, INC.; DARLENE CLINE;<br>ARTHUR J. GALLAGHER RISK<br>MANAGEMENT SERVICES, f/k/a GALE<br>SMITH & COMPANY, INC.; TRAVELERS<br>CASUALTY AND SURETY COMPANY OF<br>AMERICA; and WILLIAM R. CARPENTER,<br>    Defendants,<br><br>and<br><br>DAVID CLINE<br>    Defendant/Cross-Plaintiff<br><br>v.<br><br>GALLAGHER RISK MANAGEMENT<br>SERVICES, f/k/a GALE SMITH & COMPANY<br>GALE SMITH & COMPANY, TRAVELERS<br>CASUALTY AND SURETY COMPANY OF<br>AMERICA and WILLIAM R.<br>CARPENTER,<br>    Cross-Defendants | Case No.: 3:10-cv-10-00837<br>Judge Sharp |

## ORDER FOR NON-SUIT

This matter is before the Court upon the Motion of David Cline and having reviewed the pleadings and no opposition having been timely, the Court finds that such Motion is well taken and should be granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the civil action

brought by David Cline against Arthur J. Gallager Risk Management Services formerly known as Gale Smith & Company, Inc.,Travelers' Casualty and Surety Company of America and William R. Carpenter is hereby dismissed without prejudice.

SO ORDERED this the ___ day of _____, 2013.

_____
HONORABLE JUDGE KEVIN SHARP, JUDGE


Approved for Entry:

HAYNES, FREEMAN & BRACEY, PLC


/s/ Kirk L. Clements
KIRK L. CLEMENTS, BPR #020672
Attorney for Mr. Cline
140 North Main St.
P.O. Box 527
Goodlettsville, TN. 37072
(615) 859-1328

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this Petition has been sent to the following by way of Electronic Mail on this the _20th____ day of ____June_____, 2013 as follows:

Fred C. Statum, III
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
fstatum@manierherod.com
*Attorney for North American Specialty Insurance Company*

Barry Lane Howard
HOWARD, TATE, SOWELL, LEATHERS & JOHNSON, PLLC
150 Second avenue north, Suite 201

Nashville, TN. 37201
bhoward@howardtatelaw.com
Attorney for Arthur J. Gallagher & Co.,
Gale,Smith & Co., Inc. And William Carpenter

Stuart A. Huffman
ROBERTS & ASSOCIATES
627 Second Avenue South
Nashville, TN. 37210
stuarthuffman@comcast.net
Attorney for Darlene Cline

        **/s/ Kirk L. Clements**
        **KIRK L. CLEMENTS**